# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

140907

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

TAREK ABOUDAYA,
      Plaintiff-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant/Cross-Plaintiff/Appellee,

and

AMERISURE INSURANCE COMPANY,
      Defendant/Cross-Defendant/Appellant.

SC: 140907
COA: 294261
Wayne CC: 08-018095-NF

_____/

On order of the Court, the application for leave to appeal the December 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

p1115